UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| HARTFORD CASUALTY INSURANCE CO. a/s/o ARDMORE ASSOCIATES, LLC, HELLER & RICHMOND, LTD., BARRY D. GOLDBERG d/b/a GOLDBERG & GOLDBERG, LAW OFFICES OF HALL ADAMS, RETIREMENT BOARD OF THE COUNTY EMPLOYEES' ANNUITY AND BENEFIT FUND AND KOMINIAREK, BRESLER, HARVICK AND GUDMUNDSON, LLC, HARTFORD FIRE INSURANCE CO. a/s/o KIPP FOUNDATION, and AMCO INSURANCE COMPANY a/s/o KAVATHAS & KASTANES, <br><br> Plaintiffs, <br><br> v. <br><br> BANK OF AMERICA, N.A., et al., <br><br> Defendants. | No. 13 C 1707 <br> Judge James B. Zagel |

## MEMORANDUM OPINION AND ORDER

Defendant Hilton Trading Corporation has filed a motion for leave to file a crossclaim for contribution against Defendant Bank of America, N.A. For the following reasons, I am granting the motion with the understanding that Hilton will not engage in any further discovery related to its crossclaim.

This case is one of eight suits arising out of a fire in an office building in Chicago (the "Fire Suits"). Hilton seeks leave to add a crossclaim against Bank of America for contribution in order to force Bank of America to pay for its share of damages, if any. Hilton filed nearly identical motions in two of the other Fire Suits, one before Judge Pallmeyer and the other before Judge Leinenweber, with nearly identical briefing to the parties' briefing on the present motion.

Both Judge Pallmeyer and Judge Leinenweber granted the motion based upon Hilton's assurances that this motion will not generate additional discovery.

Hilton's briefing on the present motion makes the same assurances that were offered to Judge Pallmeyer and Judge Leinenweber. Based on Hilton's promise to engage in no further discovery related to its crossclaim, I grant the motion. Like Judge Pallmeyer and Judge Leinenweber, I will hold Hilton to its promise.

ENTER:

*James B. Zagel*
James B. Zagel
United States District Judge

DATE: February 4, 2015